## VERIFIED RETURN OF SERVICE

State of Florida                County of                Southern District Court

Case Number: 18-CV-21065-KMW

Plaintiff:
ISLAND FUND MANAGEMENT, INC., a Florida profit corporation
vs.
Defendant:
RWS, INC., a Nevada corporation, and DANIEL A. DANIEL, an individual Nevada resident

For: Michael J. Colitz, III
GRAY ROBINSON, P.A.

Received by Robert L. Jones, Inc. on the 25th day of April, 2018 at 1:07 pm to be served on DANIEL A. DANIEL, 5348 VEGAS DRIVE, LAS VEGAS, NV 89108. I, John Ely, do hereby affirm that on the 16th day of May, 2018 at 9:33 am., executed service by delivering a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS A & B; CIVIL COVER SHEET in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person in accordance with Florida Statute 48.194
(X) SUBSTITUTE SERVICE: Served the within named individual with the date, hour of service, my identification number, and my initials endorsed thereon by me, at the within-named person's usual place of abode, to Antonina Daniel (name), as Spouse (relationship), who is a person that resides therein, and is fifteen (15) years old or above. I informed said person of the contents of the pleadings.
( ) NON SERVICE: For the reason detailed in the Comments below.
Military Status: ( ) Yes or (X) No  If yes, what branch? _____

Marital Status: (X) Married or ( ) Single  Name of Spouse Antonina Daniel

COMMENTS: SERVED AT 5900 PROSPECTOR TRAIL, LAS VEGAS, NV 89118

I certify that I am over the age of 18, that I am not a party to nor interested in the outcome of the above entitled suit, and that I have proper authority in the jurisdiction in which this service was made. Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true (F.S. 92.525).

PROCESS SERVER # NV# R-082291
Appointed in accordance with State Statutes

Robert L. Jones, Inc.
P.O. Box 6415
Clearwater, FL 33758-6415
(727) 442-8269

Our Job Serial Number: 2018005887

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1I