## VERIFIED RETURN OF SERVICE

State of Florida                County of                Southern District Court

Case Number: 18-CV-21065-KMW

Plaintiff:
ISLAND FUND MANAGEMENT, INC., a Florida profit corporation

vs.

Defendant:
RWS, INC., a Nevada corporation, and DANIEL A. DANIEL, an individual Nevada resident

For: Michael J. Colitz, III
GRAY ROBINSON, P.A.

Received by Robert L. Jones, Inc. on the 25th day of April, 2018 at 1:07 pm to be served on RWS, INC., C/O AMERICAN INCORPORATION SERVICES, INC., REGISTERED AGENT, 7561 VIOLET VISTA AVE, #101, LAS VEGAS, NV 89130. I, John Ely, do hereby affirm that on the 12th day of May, 20 18 at 11:05 a.m., executed service by delivering a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS A & B; CIVIL COVER SHEET in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Service accepted by the records custodian _____ by serving the within named company by delivering a true copy.
( ) PUBLIC AGENCY: By serving _____ as _____ of the within named agency.
( ) SUBSTITUTE SERVICE: By serving _____ as _____, Authorized to accept

(X) CORPORATE SERVICE: By serving American Incorporation Services, Inc. as Registered Agent
( ) OTHER SERVICE: As described in the Comments below by serving _____ as

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: Received by RANDY PRESTON, PER NEVADA REVISED STATUTE 14.020 2.: as a person of suitable age and discretion at the Registered Agent's address listed, which address is the most recent street address of the registered agent shown on the information filed with the Secretary of State pursuant to chapter 77 of NRS.

I certify that I am over the age of 18, that I am not a party to nor interested in the outcome of the above entitled suit, and that I have proper authority in the jurisdiction in which this service was made. Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true (F.S. 92.525).

PROCESS SERVER # NV# R-082291
Appointed in accordance with State Statutes

Robert L. Jones, Inc.
P.O. Box 6415
Clearwater, FL 33758-6415
(727) 442-9269

Our Job Serial Number: 2018005886

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1l